**Rod Danielson**
**Chapter 13 Trustee**
**3787 University Avenue**
**Riverside, CA 92501**
**Tel. (951) 826-8000, Fax (951) 826-8090**

August 15, 2018

Re:
IRENE ELIZABETH ARIAS
6020 DEL RAY COURT
RIVERSIDE, CA  92506

IRENE ELIZABETH ARIAS
6020 DEL RAY COURT
RIVERSIDE, CA  92506

Case No.:       6:18-bk-16503-MH
341a Meeting:   09/12/18  9:00 AM
Place:          **3801 University Avenue , Rm 100**
                **Riverside, CA 92501**

**CHECKLIST FOR 341(A) MEETING AND NOTICE THAT CASE MAY BE DISMISSED**

You recently filed a chapter 13 Bankruptcy petition and received notice of your  341(a) meeting.  This is a partial list of your obligations for the meeting. Note that your case may be dismissed, including dismissal with a  180-day bar against refiling, for any of the following: (1) failure to appear at the creditor meeting or confirmation hearing,  (2) failure to comply with the requirements of Local Bankruptcy Rule 3015-1 or any requirements of bankruptcy law, or  (3) failure to comply with any of the following requirements:

1.   Photo Identification:  You must present valid photographic evidence of your identification.  Acceptable forms include: California State  Driver's License or ID card, passport, or military ID card.  Expired cards or photocopies are not acceptable.
2.   Social Security Number:  You must present valid proof of your Social Security number.  Acceptable forms of proof are: Social Security card, original W-2, or 1099 forms from your employer (not photo copies), or a letter from the IRS.
3.   **Plan Payments**:  Your first payment, as set forth on the second page of your plan, is due  30 days from the date you filed your bankruptcy petition, and subsequent payments are due on the same day of the month threafter.  Payments must be in the form of certified check or money order only.  No cash or personal checks are accepted.  Payments must be made payable to "Chapter 13 Trustee."  Write your last name and case number on each certified check or money order. **Bring all payments to the 341(a) meeting.  Do not mail your payments to the Trustee.**
4.   **Post-Petition Mortgage Payments**:  If you are represented by an attorney, your attorney is authorized to forward the payment(s) to your lender(s).  You may also mail the payments directly, but be sure to file and serve the Trustee with a copy of the Declaration Setting Forth Post-Petition Preconfirmation Deed of Trust Payments, available at the clerk's office or the Trustee's website.
5.   Proof of Income:  Make sure that evidence of your current income  (i.e. legible copies of your three most recent consecutive paystubs) is received to the Trustee at least  7 days before the 341(a) meeting.  Be prepared to explain payroll deductions.  Submit proof of <u>all</u> sources of income:  (e.g. support or alimony, disability, Social Security, foster care, contributions from 3rd parties).
6.   Debtor Engaged in Business:  If you are self-employed, or if you are an independent contractor, you must submit the following documents:  (1) Chapter 13 Business Report, (2) complete copies of past 2 years of tax returns, (3) six months of bank statements, and (4) six months of individual profit & loss statements, signed under penalty of perjury.  See Local Bankruptcy Rule 3015-1(c)(4) for additional requirements.
7.   Income from Rental Property:  If you receive rental income, you must complete a Real Property Questionnaire and submit copies of lease agreements and recent rent receipts.
8.   Proof of Service of the Plan:  Make sure that a copy of your plan was served on all creditors at least  28 days prior to your 341(a) meeting, and that a completed "proof of service" form has been filed with the court.  Mail or fax a copy to the Trustee at least 10 days prior to your 341(a) meeting.
9.   Auto Insurance: Bring the declarations page from your vehicle insurance policy.
10.  Most Recent Income Tax Returns.  YOU MUST SUBMIT A COPY OF YOUR MOST RECENT YEAR'S FEDERAL TAX RETURN TO THE TRUSTEE 7 DAYS PRIOR TO THE 341(a) MEETING.

**See the Trustee's website at www.rodan13.com for more information, including the Chapter 13 Handbook, proof of income forms and instructions.  If you have questions, please consult an attorney.**                                                       FG:112 - SJ

**Rod Danielson**
**Chapter 13 Trustee**
**3787 University Avenue**
**Riverside, CA 92501**
**Tel. (951) 826-8000, Fax (951) 826-8090**

August 15, 2018

Re:
IRENE ELIZABETH ARIAS
6020 DEL RAY COURT
RIVERSIDE, CA  92506

IRENE ELIZABETH ARIAS
6020 DEL RAY COURT
RIVERSIDE, CA  92506

Caso No.:       6:18-bk-16503-MH
Junta 341a:   09/12/18  9:00 AM
Lugar:            **3801 University Avenue , Rm 100**
                       **Riverside, CA 92501**

## Lista Para Junta 341(a) y Noticia Que Su Caso Puede Ser Despedido

Usted recientemente archivo una petición para Bancarrota en Capítulo 13 y recibió notificación de su junta 341(a).   La siguiente es una lista parcial de sus obligaciones para la junta 341(a).  Tenga en cuenta que su caso puede ser despedido, incluyendo con una prohibición de 180 días contra otra declaración bajo cualquier capítulo de Código de Bancarrota por cualquiera de lo siguiente: (1) falta de asistencia a la junta 341(a) de acreedores, o audiencia de confirmación, (2) falta de cumplir con los requisitos de las leyes de Bancarrota, o (3) falta de cumplir con cualquiera de los siguiente requisitos:

1. <u>Identificación fotográfica</u>:  Usted debe presentar una valida prueba fotográfica de su identificación.  Documentos aceptables incluyen: Licencia para conducir o ID del estado de California, pasaporte, o una ID militar.  Las tarjetas vencidas no son aceptables.

2. <u>Número de Seguro Social</u>:  Usted debe presentar prueba válida de su número de seguro social.  Documentos aceptables de prueba son: Tarjeta de Seguro Social (no se acepta una fotocopia).  Formulario W-2 o 1099 de parte de su empleador. O una carta del IRS.

3. **Pagos del plan:**  Su primer pago, expuesto en la segunda página de su plan, es vencido 30 días después del día en que archivo su petición de bancarrota, y pagos siguientes se vencen el mismo día del mes en adelante.  Se hacen pagos solo en forma de un cheque certificado o giro postal.  No se aceptan los cheques personales ni dinero en efectivo.  Debe hacer los pagos pagables al "Chapter 13 Trustee."  Escriba su apellido y número de caso en cada cheque certificado o giro postal.  **Traiga todos los pagos a la junta 341(a).**

4. **Pagos Hipotecarios Después de la Petición:**  Todos los pagos hipotecarios (y pagos de comprar una casa móvil) que se vencieron después de la fecha cuando la petición fue archivada deben ser traídos y presentados al Administrado del Capítulo 13.  Estos pagos deben ser solo en cheque certificado.  Su apellido, número de caso, y número de préstamo deben estar escritos en cada cheque certificado o giro postal.  No se aceptan cheques personales ni dinero en efectivo.  **Traiga todos los pagos a la junta 341(a).**  Si usted tiene representación legal, su abogado está autorizado para remitir los pagos a su prestamista.

5. **Prueba de Ingresos:**  Asegúrese de que la pruebas de sus ingresos actuales (i.e., copias legibles de sus tres (3) talones de cheques más recientes) sean presentadas al Administrado al menos 7 días antes de la junta 341(a).  Este preparado para explicar las deducciones del talón de cheque.  Presente las pruebas de todas las fuentes de ingresos: (e.g., manutención o pensión alimenticia, pagos para incapacidad, Seguro Social, pagos por crianza de niños, contribuciones de terceras personas).

6. <u>Deudor Empleado en Negocio</u>:  Si usted trabaja por su propia cuenta, o si usted es un contratista independiente, debe presentar los siguientes documentos: (1) Reporte del negocio de Capitulo 13, (2) copias completas de las  declaraciones de impuestos por los últimos 2 años, (3) extractos de cuenta bancaria de los últimos seis meses, y (4) seis meses de declaraciones individuales de pérdidas y ganancias, firmada bajo pena de perjurio.

7. <u>Ingresos de Propiedad de Alquileres</u>:  Si usted recibe ingresos de alquileres, debe completar un Cuestionario de Propiedad y presentar copias de Contratos de Arrendamiento, y recibos de renta.

8. <u>Comprobante de servicio del Plan</u>: Asegúrese de que una copia de su plan haya sido enviado a todos los acreedores al menos 33 días antes de su junta 341(a), y que un formulario completo de "comprobante de servicio" haya sido archivado con la corte.  Envié por correo o por fax una copia al Administrador al menos 10 días antes de su junta 341(a).

9. <u>Seguro de Auto</u>: Traer la página de declaración de su póliza de seguro del vehículo.

10. <u>Declaración de Impuestos</u>:  Usted debe someter copias de las DECLARACIONES DE IMPUESTOS FEDERALES MAS RECIENTES, 7 DIAS ANTES DE LA JUNTA 341(a).

**Vea el sitio de Internet www.rodan13.com para más información, incluyendo el Manual de Capitulo 13, formularios de Comprobante de Ingresos e instrucciones.  Si tiene preguntas, favor de consultar un abogado.**

FG:112 - SJ