1

Steven A. Alpert, SBN 159730
**Price Law Group, APC**
6345 Balboa Blvd., Suite 247
Encino, CA  91316
(818) 600-5555 Telephone
(818) 600-5455 Facsimile
E-mail: alpert@pricelawgroup.com
Attorneys for Debtor

2

3

4

5

6

7

8

UNITED STATES BANKRUPTCY COURT

9

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

10

11

In re:

12

IRENE ELIZABETH ARIAS

13

14

Debtor.

15

16

17

18

Case No: 6:18-bk-16503-MH
Chapter 13

**DEBTOR'S OPPOSITION TO TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDING**

Date:    October 3, 2019
Time:    11:00 a.m.
Place:    3420 Twelfth Street, Courtroom 303
         Riverside, CA 92501

19

      The Debtor will be current before or at the above-listed hearing.  In the event the debtor is

20

unable to bring her plan payments current, the debtor will file a Motion to Modify her plan to cure the

21

delinquent plan payments.

22

      **WHEREFORE**, Debtor prays for the following:

23

1.      That the Court denies Trustee's Motion to Dismiss.

24

2.      For such other relief as this Court deems appropriate.

25

Dated: September 16, 2019

26

27

28

PRICE LAW GROUP, APC

_____
Steven A. Alpert
Attorneys for Debtor

1

**DECLARATION OF STEVEN A. ALPERT**

2

I, STEVEN A. ALPERT, hereby declare as follows:

3

    1.  I am an attorney in the law firm of Price Law Group, APC and I am licensed to practice

4

       law before this United States Bankruptcy Court.

5

    2.  I have personal knowledge of the facts hereinafter set forth, and if called as a witness, I

6

       could and would testify competently thereto.

7

    3.  This office was retained by IRENE ELIZABETH ARIAS ("Debtor"), the Debtor in this

8

       Case, for the purpose of filing a Chapter 13 bankruptcy.

9

    4.  The Debtor will be current before or at the above-listed hearing.  In the event the debtor is

10

       unable to bring her plan payments current, the debtor will file a Motion to Modify her plan

11

       to cure the delinquent plan payments.

12

I declare under penalty of perjury that the foregoing is true and correct and that this

13

declaration was executed on September 16, 2019 at Encino, California.

14

15

16

_____
Steven A. Alpert

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
6345 Balboa Boulevard, Suite 247, Encino, CA 91316

A true and correct copy of the foregoing document entitled **DEBTOR'S OPPOSITION TO TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 17, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

ATTORNEY FOR DEBTOR: Steven A Alpert    enotice@pricelawgroup.com, alpert@pricelawgroup.com
CHAPTER 13 TRUSTEE: Rod Danielson (TR)    notice-efile@rodan13.com
ECF PARTY: Nancy L Lee    bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
ECF PARTY: Valerie Smith    claims@recoverycorp.com
U.S. TRUSTEE: United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
☐Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:**
On September 17, 2019 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

JUDGE
Honorable Mark D. Houle
United States Bankruptcy Court
3420 Twelfth Street, Suite 365
Riverside, CA 92501-3819

DEBTORS
Irene Elizabeth Arias
6020 Del Ray Court
Riverside, CA 92506

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ ,I served the following persons and/or entities by personal delivery,overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| September 17, 2019 | Lidia Ramirez-Rivas | |
| Date | Typed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**