ROD DANIELSON, Chapter 13 Trustee
3787 University Avenue
Riverside, CA  92501
(951) 826-8000  FAX (951) 826-8090

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

In re:                                    ) Case No. 06: 18-bk-16503 MH
                                          ) Chapter 13
IRENE ELIZABETH ARIAS,                    )
                                          ) STIPULATION
            Debtor(s).                    ) MODIFYING PLAN
                                          )
                                          ) (No hearing required)
                                          )

THE UNDERSIGNED HEREBY STIPULATE AND AGREE AS FOLLOWS:

The confirmed plan is modified as follows: The plan payment for July and September 2019 are suspended.

Dated: September 16, 2019

_____
ROD DANIELSON, Chapter 13 Standing Trustee

Date: September 18, 2019

_____
Attorney for debtor

Date: September 18, 2019

_____
Debtor                              9/18/19

*Please sign & fax back to Trustee at 951-826-8090.*
*REMEMBER Judge Houle requires that debtors sign stipulations modifying their plans*
*Mail the original to the Trustee*