ROD DANIELSON, Chapter 13 Trustee
3787 University Avenue
Riverside, CA   92501
(951) 826-8000   FAX (951) 826-8090

**FILED & ENTERED**

**SEP 19 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY cargill    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

In re:

IRENE ELIZABETH ARIAS,

Debtor(s).

) Case No. 6:18-bk-16503 MH
) Chapter 13
)
)
) **ORDER APPROVING STIPULATION**
) **MODIFYING PLAN** [docket #41]
)
)
)

The court having reviewed the Stipulation Modifying Plan filed on September 19, 2019 at docket #41 ("Stipulation"), and good cause appearing,

**IT IS ORDERED:**

The stipulation is approved. The plan payment for July and September 2019 are suspended.

###

Date: September 19, 2019

Mark Houle
United States Bankruptcy Judge