Steven Alpert, SBN 159730
**Price Law Group, APC**
6345 Balboa Blvd. Ste 247
Encino, CA 91316
(818) 995-4540 Telephone
(818) 995-9277 Facsimile

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>**IRENE ELIZABETH ARIAS,**<br><br>Debtor | Case No: 6:18-bk-16503-MH<br><br>Chapter 13<br><br>**DEBTOR'S OPPOSITION TO TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 CASE**<br><br>Date:  April 1, 2021<br>Time:  11:00 a.m.<br>Place: 3420 Twelfth St. Riverside, CA<br>Ctrm:  303 |

**TO: THE HONORABLE MARK HOULE, ROD DANIELSON/CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:**

Debtor sent a payment in February that was mailed back to the Debtor. In March Debtor mailed the February payment that had been returned to her, along with the March payment. So far only one payment has posted on the NDC website. Debtor will look into why only one of those payment have posted so far; Debtor believes it will post prior to the hearing.

**THEREFORE**, Debtor prays for the following:

1. That the Court denies the Trustee's Motion to Dismiss.

Dated: March 23, 2021                                                         **PRICE LAW GROUP, APC**


                                                                                              /s/ Steven Alpert_____
                                                                                              Steven Alpert
                                                                                              Attorney for Debtor

1

# DECLARATION OF STEVEN ALPERT

I, Steven Alpert, hereby declare as follows:

1. I am an attorney in the law firm of Price Law Group, APC and I am licensed to practice law before this United States Bankruptcy Court.

2. I have personal knowledge of the facts hereinafter set forth, and if called as a witness, I could and would testify competently thereto.

3. I have been informed by the Debtor that she mailed a payment in February that was sent back to her.

4. In March she mailed her March payment together with the February payment that had been returned, but only one payment has posted so far.

5. She will look into why only one of the two payments have posted so far.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on March 23, 2021 at Encino, California.

/s/ Steven Alpert
Steven Alpert

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
6345 Balboa Boulevard, Suite 247, Encino, CA 91316

A true and correct copy of the foregoing document entitled **DEBTOR'S OPPOSITION TO TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 23, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

ATTORNEY FOR DEBTOR: Steven A Alpert    enotice@pricelawgroup.com, alpert@pricelawgroup.com
CHAPTER 13 TRUSTEE: Rod Danielson (TR)    notice-efile@rodan13.com
ECF PARTY: Sheryl K Ith    sith@cookseylaw.com, sith@ecf.courtdrive.com
ECF PARTY: Nancy L Lee    bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
ECF PARTY: Gwendolyn C McClain    gwendolyn.c.mcclain@wellsfargo.com
ECF PARTY: Manuel Quiogue    mq@lundquistconsulting.com
ECF PARTY: Valerie Smith    claims@recoverycorp.com
U.S. TRUSTEE: United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:**
On March 23, 2021 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

DEBTOR
Irene Elizabeth Arias
6020 Del Ray Court
Riverside, CA 92506

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ ,I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 23, 2021 | Lidia Ramirez-Rivas | /s/Lidia Ramirez-Rivas |
|---|---|---|
| Date | Typed Name | Signature |

#

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE