**United States Bankruptcy Court**
**Central District of California**

3420 Twelfth Street, Riverside, CA 92501-3819

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM MOTION TO DISMISS CHAPTER 13 [11 U.S.C. § 1307]

**DEBTOR INFORMATION:**
Irene Elizabeth Arias

**BANKRUPTCY NO.**  6:18-bk-16503-MH

**CHAPTER**  13

Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):  xxx-xx-2501
Employer Tax-Identification (EIN) No(s).(if any):  N/A
**Debtor Dismissal Date:** 4/1/21

**Address:**
6020 Del Ray Court
Riverside, CA 92506

Pursuant to the court's findings and conclusions at the hearing on the motion to dismiss in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and

(2)  the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: April 1, 2021

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

Form van153-od13d Rev. 06/2017

**80 – 74 / CRA**